FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 16 2015

CHRISTOPHER A. PRINE
CLERK _____

14 July 2015

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin St.
Houston, Tx 77002-2066

RE: Gerald B. Gilbert v TDCS, et al, and W. Tim. B., et al
    Trial Court Cause No. 76482-I
    Court of Appeals No. 01-14-00795-CV

Dear Mr. Prine:

My last correspondence with the Court of Appeals, First District, via your office was the notice of May 12, 2015 that my cause was set for submission June 9, 2015. It is now July 14, 2015.

One of the issues complained of in this case is Conspiracy by Combination, 28 U.S.C.A. §§ 1343, 1983, 1985. That involved the filing of my original lawsuit in the 412th District Court of Brazoria County, that was addressed to, and placed in Ramsey I unit's mailbox to be sent to the 23rd District Court of Brazoria County. Without my consent, agreement, or a court order of transfer. Demonstrating the unlawful act of redirecting my "privileged" Legal mail, 18 U.S.C.A. §§ 1701, 1702 agreed to by the Conspirators.

The conspirators are still here, and hopefully the court has investigated to identify the exact combination. Because of recent events I am more concern now that other documents are not reaching the court(s) or me. And parties may be pretending to be the court.

If you get this please let me know where the court is on my appeal, and if any other documents has been received alleging to be from me.

Your immediate attention to this matter is appreciated.

With the utmost,

Respect

Gerald R. Gilbert
U.S. Citizen